**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OMAR ABUROMI, et al.,<br><br>                              Plaintiffs,<br><br>          -against-<br><br>BANK OF BEIRUT AND THE ARAB COUNTRIES, et al.,<br><br>                              Defendants. | 24 Civ. 5646 (JPC) (GS)<br><br>**<u>ORDER</u>** |

**GARY STEIN, United States Magistrate Judge:**

On June 17, 2025, Defendant Citibank, N.A. ("Citibank") filed a pre-motion letter informing the Court that it intends to move to dismiss Plaintiffs' Second Amended Complaint (Dkt. No. 6) pursuant to Fed. R. Civ. P. 12(b)(6).  (Dkt. No. 49).  In its letter, Citibank provided a proposed briefing schedule for its anticipated motion to dismiss.  (*Id.*).  Plaintiffs were directed to inform the Court by Thursday, June 26, 2025, as to whether they consented to the proposed briefing schedule or wished to propose an alternative schedule.  (Dkt. No. 50).  As far as the docket reflects, Plaintiffs failed to respond to the Order.  Thus, the Court sets a briefing schedule below.

First, Plaintiffs are informed that they may respond in one of two ways to Citibank's motion to dismiss: (1) they may file a brief in opposition to Citibank's motion; or (2) they may file a Third Amended Complaint that seeks to cure the deficiencies alleged in Citibank's motion. **If Plaintiffs file neither an opposition brief nor a Third Amended Complaint by the deadline set forth below, the Court will treat Citibank's motion to dismiss as unopposed.**

The Court sets the following schedule with respect to Citibank's anticipated motion to dismiss:

- Citibank's motion to dismiss is due no later than Tuesday, July 15, 2025.

2

- Plaintiffs' **opposition brief** opposing Citibank's anticipated motion to dismiss <u>or</u> **a Third Amended Complaint** that attempts to cure the deficiencies alleged in Citibank's motion is due no later than **Friday, August 15, 2025.**

- Should Plaintiffs file an opposition brief, Citibank's reply, if any, is due by Monday, Friday, September 5, 2025.

**SO ORDERED.**

<u>Dated</u>: New York, New York
July 8, 2025

_____
GARY STEIN
United States Magistrate Judge

2