UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR ABUROMI, ET AL.,

Plaintiffs,

-against-

BANK OF BEIRUT AND THE ARAB COUNTRIES, ET AL.,

Defendants.

24 CIVIL 05646 (JPC)(GS)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated July 13, 2026, the Court adopts Judge Stein's Report and Recommendation in its entirety and dismisses Plaintiffs' claims against Defendants Bank of Beirut and the Arab Countries, Assaf Holding Company SAL, and Fransabank SAL without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York
July 14, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**